UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 27, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:12-mj-00050 KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| RYAN CHEAL, | ) | |
| | ) | |
| Defendant. | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Ryan Cheal</u>; Case <u>2:12-mj-00050 KJN</u> from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

> \_\_     Release on Personal Recognizance
>
> \_\_     Bail Posted in the Sum of _____
>
> _X_     Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed
>
> by defendant's mother, Jyl Cheal
>
> \_\_     Appearance Bond with 10% Deposit
>
> \_\_     Appearance Bond secured by Real Property
>
> \_\_     Corporate Surety Bail Bond
>
> _X_     (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at _Sacramento, CA_ on _4/27/2012_ at _2:40 p.m._

By _____

Kendall J. Newman
United States Magistrate Judge