LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RYAN CHEAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0185-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE, EXCLUDE TIME, AND SET FOR CHANGE OF PLEA |
| v. | |
| RYAN CHEAL, | DATE: May 18, 2017 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for a status conference on May 18, 2017.

2. By this stipulation, defendant Ryan Cheal and the government now move to vacate the status conference, set the matter for change of plea on May 25, 2017, at 9:30 a.m., and to exclude time between May 18, 2017 and May 25, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Defense counsel requires the continuance to consult with his client about discovery and the investigation in this matter. Defense counsel also requires further time to meet and confer with his client regarding the proposed plea agreement, and to consider modifications or counter-offers if appropriate.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2017 to May 25, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: May 2, 2017         PHILLIP A. TALBERT
                           Acting United States Attorney

                           /s/ Chris Cosca for
                           Jason Hitt
                           Assistant United States Attorney

Dated: May 2, 2017         /s/ Chris Cosca
                           CHRIS COSCA
                           Counsel for Defendant
                           Ryan Cheal

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER      2

**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of May, 2017.

*[signature]*

Troy L. Nunley
United States District Judge