LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RYAN CHEAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN CHEAL,<br><br>    Defendant. | CASE NO. 2:12-CR-0185-TLN<br><br>STIPULATION AND ORDER TO VACATE HEARING, EXCLUDE TIME, AND SET FOR CHANGE OF PLEA<br><br>DATE: June 15, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for a change of plea hearing on June 15, 2017.

2. By this stipulation, defendant Ryan Cheal and the government now move to vacate the hearing, set the matter for change of plea on July 27, 2017, and to exclude time between June 15, 2017 and July 27, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defense counsel requires further time to meet and confer with his client regarding the plea agreement and all consequences related thereto.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government does not object to the continuance.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2017 to July 27, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated:  June 14, 2017                                      PHILLIP A. TALBERT
                                                                             Acting United States Attorney

                                                                             /s/ Jason Hitt
                                                                            Jason Hitt
                                                                             Assistant United States Attorney


Dated:  June 14, 2017                                      /s/ Chris Cosca
                                                                             CHRIS COSCA
                                                                             Counsel for Defendant
                                                                             Ryan Cheal

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of June, 2017.

_____
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER

3