```
LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RYAN CHEAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>RYAN CHEAL,<br><br>        Defendant. | 2:12-CR-0185-TLN<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY PRETRIAL<br>RELEASE CONDITIONS** |

## **STIPULATION**

Pursuant to the recommendation of Pretrial Services, the parties hereto, through their undersigned counsel, hereby stipulate that the following condition of defendant's pretrial release be removed:

Condition number 8 - You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer

All other release conditions remain.

///

///

Respectfully submitted,

Dated: October 4, 2017 /s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant


Dated: October 4, 2017 /s/ Jason Hitt
JASON HITT
Assistant US Attorney
Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERD.**

Dated: October 6, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. RYAN CHEAL