| | |
|---|---|
| 1 | LAW OFFICES OF CHRIS COSCA |
| 2 | CHRIS COSCA (SBN 144546)<br>1007 7th Street, Suite 210<br>Sacramento, CA 95814 |
| 3 | (916) 440-1010 |
| 4 | Attorney for Defendant<br>RYAN CHEAL |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>RYAN CHEAL,<br><br>　　　　　　　　Defendant. | 2:12-CR-0185-TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for January 25, 2018, should be continued to June 7, 2018, at 9:30 a.m.. A continuance is necessary because, while Mr. Cheal has pled guilty, a related defendant is pending trial and thus Mr. Cheal has not yet completed his cooperation obligations under his plea agreement. Moreover, any trial testimony by Mr. Cheal may help the Court gauge his remorse and rehabilitation, and thus assist the Court as it determines the sentence for Mr. Cheal.

**IT IS SO STIPULATED.**

DATED:     December 14, 2017         /s/ Jason Hitt
　　　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1
USA v. Cheal, Stip and Proposed Order to Con't J&S

DATED: December 14, 2017        /s/ Chris Cosca
                                CHRIS COSCA
                                Counsel for Defendant RYAN CHEAL

**O R D E R**

IT IS SO FOUND AND ORDERED this 14th day of December, 2017.

_____
Troy L. Nunley
United States District Judge