LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RYAN CHEAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-0185-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE |
| v. | |
| RYAN CHEAL, | |
| Defendant. | |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for June 7, 2018, should be continued to October 18, 2018, at 9:30 a.m. A continuance is necessary because, while Mr. Cheal has pled guilty, a related defendant is pending trial and thus Mr. Cheal has not yet completed his cooperation obligations under his plea agreement. Moreover, any trial testimony by Mr. Cheal may help the Court gauge his remorse and rehabilitation, and thus assist the Court as it determines the sentence for Mr. Cheal.

**IT IS SO STIPULATED.**

DATED:    June 2, 2018        /s/ Jason Hitt
                              JASON HITT
                              Assistant United States Attorney

1

USA v. Cheal, Stip and Order to Con't J&S

| DATED: June 2, 2018 | /s/ Chris Cosca |
| --- | --- |
| | CHRIS COSCA |
| | Counsel for Defendant RYAN CHEAL |

**O R D E R**

IT IS SO FOUND AND ORDERED this 4th day of June, 2018.

_____
Troy L. Nunley
United States District Judge