```
1  LAW OFFICES OF CHRIS COSCA
   CHRIS COSCA    (SBN 144546)
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   RYAN CHEAL
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-0185-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO REMOVE DEFENDANT FROM PRETRIAL SERVICES SUPERVISION |
| v. | |
| RYAN CHEAL, | |
| Defendant. | |

**STIPULATION**

At the request of Pretrial Services, the parties hereby stipulate to remove Defendant RYAN CHEAL from pretrial services supervision.

**IT IS SO STIPULATED.**

DATED:   October 15, 2018          /s/ Jason Hitt
                                   JASON HITT
                                   Assistant United States Attorney


DATED:   October 15, 2018          /s/ Chris Cosca
                                   CHRIS COSCA
                                   Counsel for Defendant
                                   RYAN CHEAL

1
USA v. Cheal- Stip and Order to Remove Pretrial Supervision

**O R D E R**

IT IS SO ORDERED

Dated:  October 15, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

USA v. Cheal- Stip and Order to Remove Pretrial Supervision