| | |
|---|---|
| 1 | COSCA LAW CORPORATION |
| 2 | CHRIS COSCA  (SBN 144546)<br>1007 7th Street, Suite 210 |
| 3 | Sacramento, CA 95814<br>(916) 440-1010 |
| 4 | Attorney for Defendant |
| 5 | RYAN CHEAL |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RYAN CHEAL,<br><br>                Defendant. | 2:12-CR-0185-TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for July 25, 2019, should be continued to November 14, 2019, at 9:30 a.m.. A continuance is necessary because, while Mr. Cheal has pled guilty, a co-defendant is pending appeal and trial, thus Mr. Cheal has not yet completed his cooperation obligations under his plea agreement. Moreover, any trial testimony by Mr. Cheal may help the Court gauge his remorse and rehabilitation, and thus assist the Court as it determines the sentence for Mr. Cheal.

**IT IS SO STIPULATED.**

DATED:      July 23, 2019           /s/ Jason Hitt
                                                          JASON HITT
                                                          Assistant United States Attorney

DATED: July 23, 2019  /s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant
RYAN CHEAL

**O R D E R**

IT IS SO FOUND AND ORDERED this 24th day of July, 2019.

_____
Troy L. Nunley
United States District Judge