COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RYAN CHEAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-0185-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE |
| v. | |
| RYAN CHEAL, | |
| Defendant. | |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for April 30, 2020, should be continued to September 17, 2020, at 9:30 a.m. A continuance is necessary because, while Mr. Cheal has pled guilty, a co-defendant is pending trial, thus Mr. Cheal has not yet completed his cooperation obligations under his plea agreement. Moreover, any trial testimony by Mr. Cheal may help the Court gauge his remorse and rehabilitation, and thus assist the Court as it determines the sentence for Mr. Cheal.

**IT IS SO STIPULATED.**

DATED:   April 16, 2020          /s/ Jason Hitt
                                 JASON HITT
                                 Assistant United States Attorney

1
USA v. Cheal, Stip and Proposed Order to Con't J&S

| | | |
|---|---|---|
| DATED: | April 16, 2020 | /s/ Chris Cosca |
| | | CHRIS COSCA |
| | | Counsel for Defendant |
| | | RYAN CHEAL |

**O R D E R**

IT IS SO FOUND AND ORDERED this 16th day of April, 2020.

_____
Troy L. Nunley
United States District Judge