1  COSCA LAW CORPORATION
   CHRIS COSCA (SBN 144546)
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   RYAN CHEAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-0185-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE |
| v. | |
| RYAN CHEAL, | |
| Defendant. | |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for September 17, 2020, should be continued to December 17, 2020, at 9:30 a.m. A continuance is necessary because, while Mr. Cheal has pled guilty, a co-defendant is pending trial, thus Mr. Cheal has not yet completed his cooperation obligations under his plea agreement. Moreover, any trial testimony by Mr. Cheal may help the Court gauge his remorse and rehabilitation, and thus assist the Court as it determines the sentence for Mr. Cheal.

**IT IS SO STIPULATED.**

DATED:    September 16, 2020        /s/ Jason Hitt
                                    JASON HITT
                                    Assistant United States Attorney

1
USA v. Cheal, Stip and Proposed Order to Con't J&S

DATED:       September 16, 2020        /s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant
RYAN CHEAL

**O R D E R**

IT IS SO FOUND AND ORDERED this 15th day of September, 2020.

_____
Troy L. Nunley
United States District Judge