COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RYAN CHEAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RYAN CHEAL,<br><br>      Defendant. | 2:12-CR-0185-TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for September 16, 2021, should be continued to January 27, 2022, at 9:30 a.m.  A continuance is necessary because, while Mr. Cheal has pled guilty, a co-defendant is pending trial, thus Mr. Cheal has not yet completed his cooperation obligations under his plea agreement.  Moreover, any trial testimony by Mr. Cheal may help the Court gauge his remorse and rehabilitation, and thus assist the Court as it determines the sentence for Mr. Cheal.

**IT IS SO STIPULATED.**

DATED:  September 8, 2021    /s/ Jason Hitt
                   JASON HITT
                   Assistant United States Attorney

USA v. Cheal, Stip and Order to Con't J&S

1

DATED: September 8, 2021        /s/ Chris Cosca
                                CHRIS COSCA
                                Counsel for Defendant
                                RYAN CHEAL

**O R D E R**

IT IS SO FOUND AND ORDERED this 9th day of September, 2021.

_____
Troy L. Nunley
United States District Judge