```
COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RYAN CHEAL
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>RYAN CHEAL,<br><br>           Defendant. | 2:12-CR-0185-TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |

### STIPULATION

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for January 27, 2022, should be continued to June 16, 2022, at 9:30 a.m. A continuance is necessary because, while Mr. Cheal has pled guilty, a co-defendant is pending trial, thus Mr. Cheal has not yet completed his cooperation obligations under his plea agreement. Moreover, any trial testimony by Mr. Cheal may help the Court gauge his remorse and rehabilitation, and thus assist the Court as it determines the sentence for Mr. Cheal.

**IT IS SO STIPULATED.**

DATED:       January 25, 2022          /s/ Jason Hitt
                                       JASON HITT
                                       Assistant United States Attorney

DATED:     January 25, 2022          /s/ Chris Cosca
                                     CHRIS COSCA
                                     Counsel for Defendant
                                     RYAN CHEAL

**O R D E R**

IT IS SO FOUND AND ORDERED this 25th day of January, 2022.

_____
Troy L. Nunley
United States District Judge

USA v. Cheal, Stip and Order to Con't J&S