1  COSCA LAW CORPORATION
   CHRIS COSCA (SBN 144546)
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   RYAN CHEAL

5

6

7                IN THE UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | 2:12-CR-0185-TLN
11 |                        Plaintiff, | STIPULATION AND ORDER TO
                                      | CONTINUE JUDGMENT AND
12 | v.                                | SENTENCING
13 | RYAN CHEAL,
14 |                        Defendant.

15

16                          **STIPULATION**

17     The parties, by and through their counsel of record, hereby stipulate that the sentencing

18 hearing currently scheduled for June 16, 2022, should be continued to December 15, 2022, at 9:30

19 a.m. A continuance is necessary because, while Mr. Cheal has pled guilty, a co-defendant is pending

20 trial, thus Mr. Cheal has not yet completed his cooperation obligations under his plea agreement.

21

22 Moreover, any trial testimony by Mr. Cheal may help the Court gauge his remorse and rehabilitation,

23 and thus assist the Court as it determines the sentence for Mr. Cheal.

24 **IT IS SO STIPULATED.**

25

26 DATED:     June 8, 2022          /s/ Jason Hitt
                                    JASON HITT
27                                  Assistant United States Attorney

28

                                     1
USA v. Cheal, Stip and Proposed Order to Con't J&S

DATED: June 8, 2022  /s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant
RYAN CHEAL

**O R D E R**

IT IS SO FOUND AND ORDERED this 9th day of June, 2022.

_____
Troy L. Nunley
United States District Judge