```
COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RYAN CHEAL
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>RYAN CHEAL,<br><br>                    Defendant. | 2:12-CR-0185-TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |

### STIPULATION

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for May 11, 2023, should be continued to December 7, 2023, at 9:30 a.m.. A continuance is necessary because, while Mr. Cheal has pled guilty, a co-defendant is pending trial, thus Mr. Cheal has not yet completed his cooperation obligations under his plea agreement. Moreover, any trial testimony by Mr. Cheal may help the Court gauge his remorse and rehabilitation, and thus assist the Court as it determines the sentence for Mr. Cheal.

**IT IS SO STIPULATED.**

DATED:     May 2, 2023           /s/ Jason Hitt
                                 JASON HITT
                                 Assistant United States Attorney

1

USA v. Cheal, Stip and Order to Con't J&S

DATED: May 2, 2023          /s/ Chris Cosca
                            CHRIS COSCA
                            Counsel for Defendant
                            RYAN CHEAL

**O R D E R**

IT IS SO FOUND AND ORDERED this 2nd day of May, 2023.

_____
Troy L. Nunley
United States District Judge

USA v. Cheal, Stip and Order to Con't J&S